IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELISSA TURNER and CHRISTOPHER RAY TURNER, SR., Individually and as Heirs and Representatives of THE ESTATE OF CHRISTOPHER RAY TURNER, JR.,** § § § § § | |
| **Plaintiffs,** § | |
| VS. § | CIVIL ACTION NO. SA-06-CA-759-FB |
| **UNITED STATES OF AMERICA,** § § | |
| **Defendant.** § | |

### ORDER ACKNOWLEDGING SETTLEMENT, STAYING ALL PRETRIAL DEADLINES, DENYING ALL PENDING MOTIONS, CANCELING ALL SETTINGS AND REQUESTING FILING OF AN AGREED ORDER

The Court has been informed in a Notice of Settlement filed November 13, 2006, that the parties have negotiated a settlement in this case which should be finalized through payment in 60 to 90 days (docket #5). Accordingly, the parties request that all deadlines be abated in this case pending receipt of a stipulated dismissal after the settlement is paid. Therefore, it is hereby ORDERED that:

1) The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before February 13, 2007. Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents.

2) All pretrial deadlines are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new pretrial deadlines, accelerated to account for the delay.

3) All motions pending in this action between plaintiff and defendant, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case. All previously scheduled settings, if any, are hereby CANCELED.

No extensions of the above deadline shall be granted except upon a showing of good cause.

It is so ORDERED.

SIGNED this 15th day of November, 2006.

FRED BIERY
UNITED STATES DISTRICT JUDGE